IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID KELLY,

    Plaintiff,                                      No. CIV S-07-634 RRB KJM PS

    vs.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.                                  ORDER

_____/

        A status conference was held in this matter on August 22, 2007 before the undersigned. Plaintiff appeared in propria persona. Yoshinori Himel appeared for defendant. Upon consideration of the status report on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. On July 9, 2007, plaintiff filed a request for leave to file an amended complaint. Upon review of the court's docket, the court notes the proposed amended complaint contains strikeouts and boldfaced type. Leave is granted to file an amended complaint. Within ten days from the date of this order, an amended complaint shall be filed; any amended complaint so filed shall not contain strikeouts or boldfaced type.

        2. Within sixty days from the date of this order, plaintiff shall complete service of process of the amended complaint in compliance with Federal Rules of Civil Procedure 4(I).

1

3. Within 120 days from the date of this order, defendant shall file the administrative record. Any motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 or motion to dismiss pursuant to Federal Rule of Civil Procedure 12 shall be filed within 120 days. Any opposition shall be filed within 30 days of the filing of a motion for summary judgment and/or motion to dismiss. Reply shall be filed 15 days thereafter. Oral argument will be set as necessary. The motion(s) shall thereafter stand submitted.

DATED: August 23, 2007.

_____
U.S. MAGISTRATE JUDGE

006
kelly.oas

2