IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DAVID KELLY,

    Plaintiff,                        No. CIV S-07-0634 RRB KJM PS

    vs.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.                      <u>ORDER</u>

/

        Presently calendared for hearing on January 23, 2008 is defendant's motion for summary judgment. Defendant's motion was filed December 20, 2007. Under the status order filed August 24, 2007, plaintiff's opposition is not due until thirty days after the filing of defendant's motion. Also under that order, the court indicated that oral argument would be set as necessary. Defendant's notice, setting the hearing for January 23, 2008, does not allow sufficient time to accommodate the briefing schedule set forth in the August 24, 2007 order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's opposition shall be filed no later than January 22, 2008. Failure to file opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

        2. Reply, if any, shall be filed no later than February 6, 2008.

1

3. The hearing date of January 23, 2008 is vacated. This matter is set for hearing on February 20, 2008 at 10:00 a.m. in courtroom no. 26.

DATED: January 10, 2008.

_____
U.S. MAGISTRATE JUDGE

006
kelly.con